UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 29, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> James Kalfsbeek, ) <br> ) <br> Defendant. ) | Case No. 2:05-cr-128 LKK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release James Kalfsbeek Case No. 2:05-cr-128 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of _____

_X_   $100,000 Unsecured Appearance Bonds

__   Appearance Bond with 10% Deposit

__   Appearance Bond secured by Real Property

__   Corporate Surety Bail Bond

_X_   (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on July 29, 2005  at  3:16 p.m. .

By _____
Kimberly J. Mueller
United States Magistrate Judge