McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-128 LKK |
| ) | |
| Plaintiff, ) | ORDER DECLARING CASE |
| ) | COMPLEX AND FINDING |
| v. ) | EXCLUDABLE TIME |
| ) | |
| JAMES KALFSBEEK, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

       This matter came on regularly for hearing on August 2, 2005, in the courtroom of the Honorable Lawrence K. Karlton.  Scott Tedmon appeared on behalf of the defendant, James Kalfsbeek, who was personally present.  Assistant U.S. Attorney R. Steven Lapham appeared for the government.

       The Court advised the defendant that the case has been set for Status Conference on September 7, 2005 at 9:30 a.m.  The Court further advised the defendant of its previous finding that the case is complex and that time would be excluded under the Speedy Trial Act through September 7, 2005.  Defendant, through his counsel, expressed agreement with that finding.  Accordingly, based on the representations of the parties that there is a considerable amount of discovery in this case and that several of the defendants need additional time to prepare their defense, including pretrial

1

1  motions, and having considered the nature of the charges confronting
2  the defendants, and good cause appearing therefor,
3       The court reiterates its finding that this is an unusual
4  and complex case within the meaning of 18 U.S.C. §3161(h)(8)(B)(ii)
5  in that it is unreasonable to expect adequate preparation for
6  pretrial proceedings or for trial within the time limits established
7  by the Speedy Trial Act, and that the ends of justice therefore
8  outweigh the best interest of the public in a speedy trial.
9  Accordingly,
10      IT IS ORDERED that this matter is continued to September
11 7, 2005, at 9:30 a.m., for Status Conference.
12      IT IS FURTHER ORDERED that, pursuant to 18 U.S.C.
13 §3161(h)(8)(B)(ii),  the period from August 2, 2005, to and
14 including September 7, 2005, is excluded from the time computations
15 required by the Speedy Trial Act.
16
17 DATED: August 12, 2005
18
19                                  /s/Lawrence K. Karlton
                                    HON. LAWRENCE K. KARLTON
20                                  Senior U.S. District Judge