LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite #227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
JAMES S. KALFSBEEK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES S. KALFSBEEK, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. Cr. S-05-128 LKK <br> ORDER RE: <br> WAIVER OF DEFENDANT <br> JAMES S. KALFSBEEK'S <br> PERSONAL PRESENCE |

Defendant JAMES S. KALFSBEEK, hereby waives the right to be in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

- 1 -

| | | |
|---|---|---|
| 1 | DATED: October 10, 2006 | I consent to the above waiver of presence. |

                                             /s/ James S. Kalfsbeek
                                             JAMES S. KALFSBEEK

                                             6095 Hillgate Road
                                             Address

                                             Arbuckle, CA 95912
                                             City/State/Zip

DATED: October 10, 2006          I agree to the above waiver of presence.

                                           /s/ Scott L. Tedmon
                                           SCOTT L. TEDMON
                                           Attorney for Defendant James S. Kalfsbeek

DATED: October 10, 2006

                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT