1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 227
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4  Fax: (916) 441-4760
   Email: tedmonlaw@comcast.net
5
   Attorney for Defendant
6  JAMES KALFSBEEK

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,                )
                                              )   Case No.: CR. S-05-128 LKK
11 |             Plaintiff,                   )
                                              )   STIPULATION AND ORDER
12 |                                          )   RE: 18 U.S.C. §§ 4241(b); 4247 (b) & (c)
                v.                            )   FOR DEFENDANT JAMES KALFSBEEK
13 |                                          )
                                              )
14 | JAMES KALFSBEEK, et al.,                 )
                                              )
15 |             Defendants.                  )

16  This matter came on regularly for hearing on March 17, 2009 at 9:15 a.m. for status conference. The United States of America was represented by Assistant U.S. Attorney Steven Lapham. Defendant James Kalfsbeek was present and represented by his counsel, Scott L. Tedmon. During the hearing, defendant Kalfsbeek made assertions which caused the Court to believe that defendant Kalfsbeek may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. As such, the Court ordered a psychiatric examination defendant Kalfsbeek.

The parties agree that the Court should designate Soroush Mohandessi, M.D., as the examiner. The examination shall be conducted locally.

The examiner shall file a report with the Court with copies to the defense and the government. The report shall include:

(1) the defendant's history and present symptoms;

(2) a description of the psychological tests which were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to the diagnosis, prognosis and -

**whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense.**

The parties further agree that the Court should exclude time from March 17, 2009 until April 14, 2009 based on Local Code A and 18 U.S.C. § 3161 (h)(1)(A).

DATED: March 19, 2009  Respectfully submitted,
LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant James Kalfsbeek

DATED: March 19, 2009  LAWRENCE G. BROWN
United States Attorney

/s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

**IT IS SO ORDERED**.

DATED: March 19, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT