James S. Kalfsbeek
P. O. Box 1353
Arbuckle, California 95912



**FILED**

MAR 2 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

March 24, 2009, Calendar year

LAWRENCE K. KARLTON, Administrator, 501 I Street, Sacramento, CA 95814
SCOTT L. TEDMON, Attorney, 717 K Street, Suite 227, Sacramento, CA 95814
LAWRENCE G. BROWN, United States Attorney, 501 I Street, Sacramento, CA 95814
R. STEVEN LAPHAM Assistant U.S. Attorney, 501 I Street, Sacramento, CA 95814

Re: There is no fact until after tax.

05 CR 0128 LKK

Lawrence K. Karlton:
Scott L. Tedmon:
Lawrence G. Brown:
R. Steven Lapham:

    Individually and separately, please fill out and file Freddie Mac Form 1065 and the subsequent 1099's to report the Gift item(S) and to close the escrow for my benefit. After filing please provide me with my copy of the filing.

                              *James Kalfsbeek* (signature)
                              James Kalfsbeek

| | |
|---|---|
| 1 | LAW OFFICES OF SCOTT L. TEDMON |
| | A Professional Corporation |
| 2 | SCOTT L. TEDMON, CA. BAR # 96171 |
| | 717 K Street, Suite 227 |
| 3 | Sacramento, California 95814 |
| | Telephone: (916) 441-4540 |
| 4 | Fax: (916) 441-4760 |
| | Email: tedmonlaw@comcast.net |
| 5 | |
| | Attorney for Defendant |
| 6 | JAMES KALFSBEEK |

*[Handwritten note: "This is a gift, where is my benefit? Today Transfer Tax Certificate"]*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR. S-05-128 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | RE: 18 U.S.C. §§ 4241(b); 4247 (b) & (c) |
| v. | ) | FOR DEFENDANT JAMES KALFSBEEK |
| | ) | |
| JAMES KALFSBEEK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter came on regularly for hearing on March 17, 2009 at 9:15 a.m. for status conference. The United States of America was represented by Assistant U.S. Attorney Steven Lapham. Defendant James Kalfsbeek was present and represented by his counsel, Scott L. Tedmon. During the hearing, defendant Kalfsbeek made assertions which caused the Court to believe that defendant Kalfsbeek may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. As such, the Court ordered a psychiatric examination defendant Kalfsbeek.

The parties agree that the Court should designate Soroush Mohandessi, M.D., as the examiner. The examination shall be conducted locally.

The examiner shall file a report with the Court with copies to the defense and the government. The report shall include:

(1) the defendant's history and present symptoms;

- 1 -

1     (2) a description of the psychological tests which were employed and their results;
2     (3) the examiner's findings; and
3     (4) the examiner's opinions as to the diagnosis, prognosis and -
4     **whether the defendant is suffering from a mental disease or defect rendering him**
5     **mentally incompetent to the extent that he is unable to understand the nature and**
6     **consequences of the proceedings against him or to properly assist in his defense.**
7     The parties further agree that the Court should exclude time from March 17, 2009 until April
8     14, 2009 based on Local Code A and 18 U.S.C. § 3161 (h)(1)(A).

DATED: March 19, 2009                 Respectfully submitted,
                                      LAW OFFICES OF SCOTT L. TEDMON

                                      /s/ Scott L. Tedmon
                                      SCOTT L. TEDMON
                                      Attorney for Defendant James Kalfsbeek

DATED: March 19, 2009                 LAWRENCE G. BROWN
                                      United States Attorney

                                      /s/ R. Steven Lapham
                                      R. STEVEN LAPHAM
                                      Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: March 19, 2009

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT