|  |  |
|---|---|
|  | **FILED**<br>June 11, 2009<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br>DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>JAMES KALFSBEEK,<br><br>  Defendant. | Case No. 2:05CR00128-01<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES KALFSBEEK , Case No.  2:05-CR-0128, Charge  18 USC 371; 18 USC 1341; 18 USC 1343; 18 USC 1956(a)(B)(i) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___  Release on Personal Recognizance

 ___  Bail Posted in the Sum of $___

   ___  Unsecured Appearance Bond

   ___  Appearance Bond with 10% Deposit

   ___  Appearance Bond with Surety

   ___  Corporate Surety Bail Bond

   ✔  (Other)  *All conditions heretofore previously Ordered.*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 11, 2009  at  10:18 am .

By _____
Lawrence K. Karlton
United States District Judge

Copy 5 - Court