**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95616**
    Telephone:    530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
**DONNA ROWE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 05  0128 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JAMES KALFSBEEK, et al., | |
| Defendants. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, R. Steven Lapham, Assistant United States Attorney, and defendant, JAMES KALFSBEEK, through his counsel of record, Scott L. Tedmon, and defendant DONNA ROWE, through her counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of defendant now scheduled for September 22, 2009 at 9:15 a.m., be rescheduled to October 27, 2009 at 9:15 a.m.

Pursuant to this stipulation, the Schedule for Disclosure of Presentencing Report is modified as follows: the Proposed Presentence Report shall be disclosed to counsel no later than September 22, 2009; counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than October 6, 2009; the Presentence Report

shall be filed with the court and disclosed to counsel no later than October 13, 2009; and a Motion for Correction of the Presentence Report shall be filed with the court and served on the probation officer and opposing counsel no later than October 20, 2009.

The parties are requesting this continuance to provide the counsel with additional time to prepare the case for sentencing.

Dated: August 25, 2009                    Respectfully submitted,

                                          JOSEPH J. WISEMAN, P.C.


                                          By:   /s/  Joseph J. Wiseman
                                                JOSEPH J. WISEMAN
                                                Attorney for Defendant
                                                DONNA ROWE

                                          LAW OFFICE OF SCOTT L. TEDMON


                                          By:   /s/  Scott L. Tedmon – Phone Authorization
                                                SCOTT L. TEDMON
                                                Attorney for Defendant
                                                JAMES KALFSBEEK

Dated: August 25, 2009                    LARRY G. BROWN
                                          United States Attorney


                                          By:   /s/ R. Steven Lapham – Phone Authorization
                                                R. STEVEN LAPHAM, AUSA
                                                Attorney for Plaintiff
                                                UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of defendant DONNA ROWE and JAMES KALFSBEEK in the above-captioned case shall be continued to October 27, 2009, at 9:15 a.m.

Dated:  August 27, 2009

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

Stipulation And [Proposed] Order To Continue Sentencing                    Case No. CR S 05 0128 LKK