**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95616**
    **Telephone:**    **530.759.0700**
    **Facsimile:**    **530.759.0800**

**Attorney for Defendant**
**DONNA ROWE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 05  0128 LKK |
|     Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JAMES KALFSBEEK, et al., | |
|     Defendants. | |

    It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, R. Steven Lapham, Assistant United States Attorney, and defendant, JAMES KALFSBEEK, through his counsel of record, Scott L. Tedmon, and defendant DONNA ROWE, through her counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of the defendants now scheduled for October 27, 2009 at 9:15 a.m., be rescheduled to November 10, 2009 at 9:15 a.m.

    Pursuant to this stipulation, the Schedule for Disclosure of Presentencing Report is modified as follows: defendants' written objections to the Presentence Report, which has already been disclosed to the parties, shall be delivered to the probation officer and opposing counsel no later than October 20, 2009; the Presentence Report shall be filed with the court and disclosed to

counsel no later than October 27, 2009; and a Motion for Correction of the Presentence Report shall be filed with the court and served on the probation officer and opposing counsel no later than November 3, 2009.

The parties are requesting this continuance to provide the counsel with additional time to prepare the case for sentencing.

Dated: October 6, 2009            Respectfully submitted,

                                  JOSEPH J. WISEMAN, P.C.


                                  By:   /s/  Joseph J. Wiseman
                                        JOSEPH J. WISEMAN
                                        Attorney for Defendant
                                        DONNA ROWE

Dated: October 6, 2009            LAW OFFICE OF SCOTT L. TEDMON


                                  By:   /s/  Scott L. Tedmon – Phone Authorization
                                        SCOTT L. TEDMON
                                        Attorney for Defendant
                                        JAMES KALFSBEEK

Dated: October 6, 2009            LARRY G. BROWN
                                  United States Attorney


                                  By:   /s/ R. Steven Lapham – Phone Authorization
                                        R. STEVEN LAPHAM, AUSA
                                        Attorney for Plaintiff
                                        UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of defendants DONNA ROWE and JAMES KALFSBEEK in the above-captioned case shall be continued to November 10, 2009, at 9:15 a.m.

Dated:  October 14, 2009

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT