LAW OFFICE OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR #96171
1050 Fulton Avenue, Suite 218
Sacramento, CA  95825
Telephone: (916) 482-4545
Email:  tedmonlaw@comcast.net

Attorney for Defendant
JAMES S. KALFSBEEK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr. S-05-128 LKK |
| Plaintiff, | APPLICATION AND ORDER FOR EXONERATION OF BOND |
| vs. | |
| JAMES S. KALFSBEEK, et al., | |
| Defendants. | |

Defendant James S. Kalfsbeek, through his counsel Scott L. Tedmon, applies for an order exonerating the $100,000 unsecured appearance bond in his case.

On July 29, 2005, Mr. Kalfsbeek was released on a $100,000.00 unsecured appearance bond.  Mr. Kalfsbeek subsequently was found guilty at trial and was sentenced on February 23, 2010.  On April 6, 2010, Mr. Kalfsbeek voluntarily surrendered to the U.S. Marshal to begin his sentence.  On June 22, 2010, the restitution was finalized and the case was closed.

1     Therefore, Mr. Kalfsbeek requests the Court to issue an

2  Order exonerating the $100,000 unsecured appearance bond.

3

4  DATED: June 23, 2010          By: _//s// Scott L. Tedmon____
                                     SCOTT L. TEDMON
5                                    Attorney for Defendant
                                     JAMES S. KALFSBEEK
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION AND ORDER FOR EXONERATION OF BOND

1

2
<u>**ORDER**</u>

3       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that in case

4  number Cr. S-05-128 LKK, the $100,000 unsecured appearance bond

5  heretofore posted by JAMES S. KALFSBEEK is exonerated.

6  IT IS SO ORDERED.

7  DATED: June 25, 2010

8

9                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
10                                   UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION AND ORDER FOR EXONERATION OF BOND