Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Petitioner,
James Kalfsbeek

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES KALFSBEEK,<br><br>　　　　　Defendant | ) No. 2:05-cr-0128 LKK AC<br>)<br>) STIPULATION AND [~~PROPOSED~~] ORDER<br>) CONTINUING EVIDENTIARY HEARING<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　An evidentiary hearing is presently scheduled for March 3, 2014 concerning Mr. Kalfsbeek's motion pursuant to 28 U.S.C. § 2255. The parties hereby stipulate that the hearing be continued to June 16, 2014 at 9:00 a.m. The purpose of said continuance is to afford Mr. Kalfsbeek's counsel additional time to prepare, meet with his client, and review the file provided by Mr. Kalfsbeek's previous attorney.

DATED: February 19, 2014　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　　Petitioner, James Kalfsbeek

DATED: February 19, 2014　　　　　　　　/s/ Christiaan Highsmith, Assistant U.S.
　　　　　　　　　　　　　　　　　　　　Attorney

1

## ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, it is hereby ordered that the evidentiary hearing shall be continued to June 16, 2014 at 9:00 a.m., and that the previously scheduled hearing be vacated.

DATED: February 19, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE