Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Petitioner,
James Kalfsbeek

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JAMES KALFSBEEK,<br><br>          Defendant | No. 2:05-cr-0128 LKK AC<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING EVIDENTIARY HEARING |

An evidentiary hearing is presently scheduled for June 16, 2014 concerning Mr. Kalfsbeek's motion pursuant to 28 U.S.C. § 2255. The parties hereby stipulate that the hearing be continued to September 8, 2014 at 9:00 a.m. The continuance is requested because Mr. Kalfsbeek's counsel is presently in a special circumstances murder trial (*People* v. *Rodolfo Villa*, Sac. County No. 13F00543). Closing arguments are to be held on June 23 and the trial is scheduled to proceed through the last week of June, 2014. Counsel has conferred with Mr. Kalfsbeek's trial counsel, Mr. Scott Tedmon, who will be available to appear in court as a witness on September 8.

DATED: June 11, 2014                    /s/ Timothy E. Warriner, Attorney for
                                                          Petitioner, James Kalfsbeek

DATED: June 11, 2014                    /s/ Christiaan Highsmith, Assistant U.S.
                                                          Attorney

1

## ORDER

GOOD CAUSE APPEARING, and based on the stipulation of the parties, it is hereby ordered that the evidentiary hearing shall be continued to September 8, 2014 at 9:00 a.m., and that the previously scheduled hearing be vacated.

DATED: June 12, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE