BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-0128 MCE-AC-1 |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING EVIDENTIARY HEARING |
| v. | DATE: September 8, 2014 |
| JAMES S. KALFSBEEK, | TIME: 9:00 a.m. |
| Defendants. | COURT: Hon. Allison Claire |

**STIPULATION**

1. By previous order, this matter was set for evidentiary hearing on September 8, 2014, pursuant to a motion under 28 U.S.C. § 2255 by James Kalfsbeek.

2. The United States will not be able to assure the appearance of James Kalfsbeek at the September 8, 2014, hearing because of the length of time required by the United States Marshal's Service to transport Mr. Kalfsbeek to the federal courthouse in Sacramento, California.

3. On September 2, 2014, counsel for Mr. Kalfsbeek produced 19 pages of discovery to the United States. The United States will be producing additional discovery to the defense.

4. By this stipulation, the parties now move to continue the evidentiary hearing until December 8, 2014, at 9:00 a.m.

5. Counsel for the United States has conferred with Mr. Kalfsbeek's trial counsel, Scott Tedmon, who will be able to appear in Court as a witness on December 8, 2014.

1    IT IS SO STIPULATED.

Dated:  September 2, 2014                              BENJAMIN B. WAGNER
                                                       United States Attorney


                                                       /s/ CHRISTIAAN H. HIGHSMITH
                                                       CHRISTIAAN H. HIGHSMITH
                                                       Assistant United States Attorney



Dated:  September 2, 2014                              /s/ Christiaan H. Highsmith for
                                                       Timothy E. Warriner
                                                       Counsel for Defendant

**[~~PROPOSED~~] FINDINGS AND ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that the evidentiary hearing previously scheduled for September 8, 2014, shall be continued to December 8, 2014, at 9:00 a.m.

IT IS SO FOUND AND ORDERED this 2nd day of September, 2014

_____
THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE