BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES S. KALFSBEEK,<br><br>Defendant. | CASE NO. 2:05-CR-0128 MCE-AC-1<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br><br>DATE: March 2, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

1.  By previous order, this matter was set for an evidentiary hearing on March 2, 2015, pursuant to a motion under 28 U.S.C. § 2255 by James Kalfsbeek based on an ineffective assistance of counsel claim. [*See* Dkt. # 490.]

2.  On February 3, 2015, counsel for the United States confirmed for trial in *United States v. Rachel Siders*, Case No. 2:12-cr-226 JAM, set to start on February 23, 2015. The trial is expected to last approximately 5-6 court days. Based on the Court's calendar, the trial will conflict with the evidentiary hearing set in this case for March 2, 2015. Accordingly, the United States respectfully requests that the evidentiary hearing in this case be continued one week to March 9, 2015.

3.  Counsel for the United States has conferred with Mr. Kalfsbeek's trial counsel, Scott Tedmon, a witness at the evidentiary hearing. Mr. Tedmon is available on March 9, 2015.

4.  Counsel for Mr. Kalfsbeek does not oppose an evidentiary hearing date of March 9, 2015.

5.  Accordingly, by this stipulation, the parties now move to continue the evidentiary hearing

date in this matter to March 9, 2015.

Dated:  February 5, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ CHRISTIAAN H. HIGHSMITH
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

Dated:  February 5, 2015

By: /s/ CHRISTIAAN H. HIGHSMITH
Signed with permission of
Timothy E. Warriner
Counsel for Defendant

### [~~PROPOSED~~] FINDINGS AND ORDER

Based on the stipulation of the parties, it is hereby ORDERED that the evidentiary hearing previously scheduled for March 2, 2015, shall be continued to March 9, 2015, at 9:00 a.m. IT IS SO FOUND AND ORDERED this 5th day of February, 2015.

HON. ALLISON CLAIRE
U.S. MAGISTRATE JUDGE