UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-0128-MCE-AC |
| Respondent, | |
| v. | ORDER |
| JAMES S. KALFSBEEK, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255.  ECF No. 432.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On March 27, 2015, the magistrate judge filed Findings and Recommendations (ECF No. 494), which were served on all parties and which contained notice that any objections were to be filed within fourteen days.  Movant has filed objections to the Findings and Recommendations (ECF No. 495), and Respondent has filed a reply to Movant's objections (ECF No. 496).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 27, 2015 (ECF No 494) are ADOPTED IN FULL;

2. Movant's Motion under 28 U.S.C. § 2255 (ECF No. 432) is DENIED;

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:12-cv-2156 MCE AC.

IT IS SO ORDERED.

Dated:  May 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT